STEVENS & O'CONNELL LLP
GEORGE L. O'CONNELL (74037)
CRAIG C. ALLISON (159437)
400 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 329-9111
Facsimile: (916) 329-9110

Attorneys for Defendant
Lawrence Sambado

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.   2:08-CR-0139 GEB |
|---|---|
| Plaintiff, | Related Case No. 2:08-CR-0140 GEB |
| | 2:08-CR-0141 GEB |
| v. | 2:08-CR-0142 GEB |
| | 2:08-CR-0143 GEB |
| LAWRENCE SAMBADO, | |
| | **[PROPOSED] ORDER RE CONTINUANCE OF SENTENCING DATE** |
| Defendant. | |
| AND RELATED CASES. | |

Based on the Stipulation and Request to Continue Sentencing Date filed by Defendants Lawrence Sambado, Beverly Sambado, Timothy Sambado, Marie Josee Dusablan-Sambado and Richard Sambado ("Defendants") and Plaintiff, the United States of America, in the above-referenced related cases, the Court hereby orders that the sentencing of Defendants in these related cases, presently set for September 5, 2008, is continued to October 17, 2008, and all other dates related to the preparation and delivery of any comments or objections to the pre-sentence reports, and all other submittals and filings related to sentencing, shall be calculated based on the October 17, 2008 sentencing date.

1
**[PROPOSED] ORDER RE CONTINUANCE OF SENTENCING DATE**

1   IT IS SO ORDERED.

2

3  8/8/08

   _____
   HON. GARLAND E. BURRELL