1

2

3

4                    UNITED STATES DISTRICT COURT

5                  EASTERN DISTRICT OF CALIFORNIA

6

7 UNITED STATES OF AMERICA,      )      2:08-CR-0141-GEB
                                 )
8             Plaintiff,         )      ORDER DENYING MOTION TO FILE
                                 )      UNDER SEAL AND RETURNING
9       v.                       )      DOCUMENTS REQUESTED TO BE SEALED
                                 )
10 TIMOTHY SAMBADO,              )
                                 )
11            Defendant.         )
_____)
12                               )
UNITED STATES OF AMERICA,        )      2:08-CR-0142-GEB
13                               )
              Plaintiff,         )
14                               )
        v.                       )
15                               )
MARIE JOSEE DUSABLAN-SAMBADO,    )
16                               )
              Defendant.         )
17 _____)

18        On October 10, 2008, Defendants Timothy Sambado and Marie

19 Josee Dusablon-Sambado, submitted to chambers documents they desire

20 filed under seal; the documents concern each defendant's pending

21 sentencing hearing.  However, in light of the information contained

22 in, and attached to, each defendant's presentence report, and the

23 numerous letters written on behalf of each defendant, what is

24 requested to be sealed is either already in the record or is

25 duplicative of what exists in the record.  Therefore, the sealing

26 request is denied, and the Clerk of the Court shall return to

27 counsel the documents submitted on October 10, 2008, for *in camera*

28 consideration of the sealing request.  See United States v. Baez-

                              1

1   Alcaino, 718 F. Supp. 1503, 1506 (M.D. Fla. 1989) (explaining that

2   when a judge decides *in camera* that the movant for a sealing order

3   fails to justify a sealing request, the document requested to be

4   filed under seal should be returned to the submitting party).

5   Dated:  October 14, 2008

6

7   _____
    GARLAND E. BURRELL, JR.

8   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28