MALCOLM SEGAL
SEGAL & KIRBY LLP
770 L Street, Suite 1440
Sacramento, California 95814
Telephone:   (916) 441-0828
Facsimile:    (916) 446-6003

Attorneys for Defendant
Marie Josee Sambado

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIE JOSEE SAMBADO,<br><br>Defendant. | CASE NO.  2:08-CR-0142 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE FOR SELF-SURRENDER** |

Defendant MARIE JOSEE SAMBADO, through her counsel of record, Malcolm S. Segal, and Plaintiff United States of America, through its counsel, Assistant United States Attorney Benjamin B. Wagner, agree and stipulate that the defendant's self-surrender to commence service of the sentence of camp confinement with the United States Bureau of Prisons, currently set for July 10, 2009, may be continued to August 11, 2009, at 2:00 P.M. in order to permit the defendant the further opportunity, between school terms, to prepare her three minor children for her absence during the period of incarceration.

The parties further agree and stipulate that all prior terms and conditions of the defendant's release and self-surrender imposed by this Court shall remain in force and effect.

///

///

1 | Dated: June 17, 2009                **SEGAL & KIRBY LLP**

3 | By:  /s/ Malcolm S. Segal
4 |      MALCOLM S. SEGAL
         Counsel for Defendant
         MARIE JOSEE SAMBADO

6 | Dated: June 17, 2009

8 | By:  /s/ Benjamin B. Wagner
         BENJAMIN B. WAGNER
         Assistant United States Attorney
9 |      (Per Authorization)

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the date for Defendant Marie Josee Sambado's self-surrender is extended to the date of August 11, 2009 at 2:00 P.M. All of the prior terms and conditions of Defendant's release and self-surrender imposed by this Court shall remain in full force and effect.

**IT IS SO ORDERED**.

Dated: June 18, 2009

_/s/ Garland E. Burrell, Jr._
GARLAND E. BURRELL, JR.
United States District Judge